**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAFAEL FERGUSON, | ) | NO. CV 10-4959-GAF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L.S. McEWAN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: <u>July 15, 2010</u>.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE